ORIGINAL

LODGED

MAY 1 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

FILED 2005 MAY 16 A 11: [?]
CLERK: US DIST. COURT
EASTERN DIST OF CA
AT FRESNO
DEPUTY

Marnin Weinreb, Esq., State Bar No. 161591
Cynthia D. Kinney, Esq., State Bar No. 196789
WAXLER ♦ CARNER ♦ WEINREB ♦ BRODSKY, LLP
1960 East Grand Avenue, Suite 1210
El Segundo, California 90245
Telephone: (310) 416-1300
Facsimile: (310) 416-1310

Attorneys for Plaintiff
VIRGINIA SURETY COMPANY, INC.
as the successor in interest to COMBINED
SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VIRGINIA SURETY COMPANY, INC., a corporation, as the successor in interest to COMBINED SPECIALTY INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FERRARI GROUP NORTH AMERICA, INC., a corporation; FRONTIER ATLANTIC INVESTMENTS, INC., a corporation doing business as THE MOTOR SPORT DESIGNS COMPANY; WESLEY HATAKEYAMA, an individual; AHREN NEVINS, an individual; DIANE BERZ; an individual, RYAN WELLMAN, as an individual and as the successor in interest of ROBERT BARRY WELLMAN, Decedent; GEORGE BERZ, an individual; KOREN SIMMONS, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CIV-F-05-0155 OWW DLB<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that the above-entitled action shall be dismissed, in its entirety, with prejudice

///

///

///

1

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION

1  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party to bear their
2  own fees and costs.
3
4  Dated:  March 22, 2005          WAXLER ♦ CARNER ♦ WEINREB ♦ BRODSKY LLP
5
6                                  By: /s/ Marnin Weinreb
7                                      Marnin Weinreb
                                        Attorneys for Plaintiff
8                                       Virginia Surety Company, Inc.
9
10 Dated:  March 22, 2005           GORDON & REES, LLP
11
12                                  By: /s/ Laura Geist
                                        Laura Geist
13                                      Attorneys for Defendant
14                                      Ferrari Group North America, Inc.
15
16 Dated:  March ___, 2005          COOPER & HOPPE
17
                                    By: _____
18                                      Theodore W. Hoppe
                                        Attorneys for Defendants
19                                      Wesley Hatakeyama and Ahren Nevins
20
21
22 Dated:  March ___, 2005          ERICKSEN, ARBUTHNOT, KILDUFF,
                                    DAY & LINDSTROM
23
24                                  By: _____
                                        Michael D. Ott
25                                      Attorneys for Defendant
                                        Frontier Atlantic Investments, Inc., dba
26                                      The Motor Sport Designs Company
27
28

                                        2
             STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION

1  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to bear their
2  own fees and costs.
3
4  Dated: March ___, 2005                WAXLER♦CARNER♦WEINREB♦BRODSKY LLP
5
6                                        By: _____
7                                             Marnin Weinreb
                                              Attorneys for Plaintiff
8                                             Virginia Surety Company, Inc.
9
10 Dated: March ___, 2005                GORDON & REES, LLP
11
12                                       By: _____
                                              Laura Geist
13                                            Attorneys for Defendant
14                                            Ferrari Group North America, Inc.
15
16 Dated: March ___, 2005                COOPER & HOPPE
17
18                                       By: _____
                                              Theodore W. Hoppe
19                                            Attorneys for Defendants
                                              Wesley Hatakeyama and Ahren Nevins
20
21
22 Dated: March ___, 2005                ERICKSEN, ARBUTHNOT, KILDUFF,
                                         DAY & LINDSTROM
23
24                                       By: _____
                                              Michael D. Ott
25                                            Attorneys for Defendant
26                                            Frontier Atlantic Investments, Inc., dba
                                              The Motor Sport Designs Company
27
28

                                           2
              STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to bear their own fees and costs.

Dated: March ___, 2005         WAXLER♦CARNER♦WEINREB♦BRODSKY LLP

By: _____
Marnin Weinreb
Attorneys for Plaintiff
Virginia Surety Company, Inc.

Dated: March ___, 2005         GORDON & REES, LLP

By: _____
Laura Geist
Attorneys for Defendant
Ferrari Group North America, Inc.

Dated: March ___, 2005         COOPER & HOPPE

By: _____
Theodore W. Hoppe
Attorneys for Defendants
Wesley Hatakeyama and Ahren Nevins

Dated: March 17, 2005          ERICKSEN, ARBUTHNOT, KILDUFF,
                               DAY & LINDSTROM

By: _____
Michael D. Ott
Attorneys for Defendant
Frontier Atlantic Investments, Inc., dba
The Motor Sport Designs Company

1
2  Dated: March 21, 2005          PEREZ, WILLIAMS & MEDINA
3
4                                 By: _____
5                                     Robert G. Williams
                                      Attorneys for Defendants
6                                     Diane Berz, Ryan Wellman, individually and as
                                      the successor in interest of Robert Barry
7                                     Wellman, George Berz, and Koren Simmons
8
9
10                                **ORDER**
11      GOOD CAUSE HAVING BEEN SHOWN, the Court hereby dismisses the above-
12   entitled action, in its entirety, with prejudice, each party to bear their own fees and costs.
13
14
15   Dated: 5-13-05                 _____
16                                  HON. OLIVER W. WAGNER
                                    UNITED STATES DISTRICT COURT
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1960 E. Grand Avenue, Suite 1210, El Segundo, California.

On May 12, 2005, I served the foregoing document(s) on the interested parties in this action described as:

**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION**

☒ by placing ☐ the original ☐ true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at El Segundo, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☐ (BY FEDEX) I enclosed the documents in an envelope or package provided by FedEx and addressed to the person so indicated. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx.

☐ (BY FAX TRANSMISSION) I faxed the documents to the persons at the fax numbers listed. No error was reported by the fax machine that I used.

☐ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses indicated. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 12, 2005, at El Segundo, California.

Debby Tankersley

## MAILING LIST

Laura Geist, Esq.
Brett T. Moroney, Esq.
Gordon & Rees, LLP
275 Battery Street, Suite 200
San Francisco, CA 94111
Tel: 415-986-5900
Fax: 415-986-8054

Michael D. Ott, Esq.
Ericksen, Arbuthnot, Kilduff,
Day & Lindstrom
2440 West Shaw Avenue, Suite 101
Fresno, CA 93711-3300
Tel: 559-449-2600
Fax: 559-449-2603

Theodore W. Hoppe, Esq.
Cooper & Hoppe
2444 Main Street, Suite 125
Fresno, CA 93721-2734
Tel: 559-442-1650
Fax: 559-442-1659

Robert G. Williams, Esq.
Perez, Williams & Medina
1432 Divisadero
Fresno, CA 93721
Tel: 559-445-0123